# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Laura L. Elfstrom | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A. | Movant | NO. 17-14558 ELF |
| vs. | | |
| Laura L. Elfstrom | Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel Esq. | Trustee | |

## ORDER

AND NOW, this 13th day of September, 2017 upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., and its successor in title to take possession and sell, lease, and otherwise dispose of the N 2013 Ford Focus ("Vehicle"), bearing a VIN Number 1FADP3K2XDL180319.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Laura L. Elfstrom
1778 B. N. Dove Road
Yardley, PA 19067

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532